UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RUDY G. GARCIA,<br><br>        Plaintiff,<br><br>  v.<br><br>FRESNO POLICE DEPARTMENT, et al.,<br>        Defendants. | 1:05-CV-00039-OWW-SMS<br><br>ORDER RE: FINDINGS AND RECOMMENDATION TO DISMISS ACTION FOR PLAINTIFF'S FAILURE TO PROSECUTE, FOLLOW THE COURT'S ORDER, AND PAY THE $250.00 FILING FEE OR FILE A COMPLETED APPLICATION TO PROCEED IN FORMA PAUPERIS (DOC. 13) |

    On May 17, 2005, the Magistrate Judge filed findings and a recommendation that the complaint be dismissed for Plaintiff's failure to pay the filing fee or to file an application to proceed in forma pauperis. The findings and recommendation were served on Plaintiff and contained notice that any objections to the findings and recommendations were to be filed within thirty (30) days of the date of service of the order. Over thirty days have passed, an no party has filed any objections.

    In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C) and <u>Britt v. Simi Valley United School Dist.</u>, 708 F.2d 452, 454 (9th Cir. 1983), this Court has conducted a *de novo* review of the case. Having carefully reviewed the entire file,

1

1 the Court finds that the report and recommendation are supported
2 by the record and proper analysis.
3     Accordingly, IT IS HEREBY ORDERED that:
4     1. The findings and recommendation filed May 17, 2005, are
5 ADOPTED IN FULL; and
6     2. The action IS DISMISSED without prejudice for failure to
7 follow a court order, pay the filing fee, and prosecute this
8 action; and
9     3. The Clerk of Court IS DIRECTED to close this action
because this order terminates the action in its entirety. IT IS SO
10 ORDERED.
11 Emm0d6**Dated:   July 7, 2005**           **/s/ Oliver W. Wanger**
                                         UNITED STATES DISTRICT JUDGE

2